# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JRN, a minor by and through her Guardian ad Litem, ERIKA NOVOA, and PABLO RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 8:18-cv-01794 AG-JDE<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Honorable Andrew J. Guilford<br>United States District Judge |

1

The parties having filed a Joint Stipulation Re: Dismissal of Case,

IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed with prejudice in its entirety; and
2. The parties shall bear their own costs of suit and fees.

Dated: July 2, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE